IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD GENE SHINGLER JR.,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5783

Opinion filed April 5, 2016.

An appeal from an order of the Circuit Court for Clay County.
Don H. Lester, Judge.

Ronald Gene Shingler Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, WINOKUR, and WINSOR, JJ., CONCUR.